COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-09-451-CV

 

IN RE PREMIER TRAILER
LEASING, INC.                                     RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator=s
petition for writ of mandamus and is of the opinion that relief should be
denied.  Accordingly, relator=s
petition for writ of mandamus is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

BILL MEIER

JUSTICE

 

PANEL: 
MEIER, WALKER, and MCCOY, JJ.

 

MCCOY, J. would grant.

 

DELIVERED: 
February 10, 2010











    [1]See
Tex. R. App. P. 47.4.